SCWC-11-0000776

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

GLORIA S. FUKUMITSU, TRUSTEE OF THE
MARVIN H. FUKUMITSU REVOCABLE TRUST,
Respondent/Plaintiff-Appellee,

vs.

GEORGE R. FUKUMITSU,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000776; CIV. NOS. 05-1-1857 and 08-1-0843)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, Pollack, and Wilson, JJ., and
Circuit Judge Ayabe, in place of McKenna, J., recused)

Petitioner/Defendant-Appellant George R. Fukumitsu's

Application for Writ of Certiorari filed on August 11, 2014, is

hereby rejected.

DATED: Honolulu, Hawai'i, September 23, 2014.

George R. Fukumitsu                     /s/ Mark E. Recktenwald
petitioner pro se
                                        /s/ Paula A. Nakayama

                                        /s/ Richard W. Pollack

                                        /s/ Michael D. Wilson

                                        /s/ Bert I. Ayabe

